Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
Jared@sandiegoconsumerattorneys.com
SEMNAR & HARTMAN, LLP
41707 Winchester Rd., Suite 201
Temecula, CA 92590
Telephone (951) 293-4187; Fax (888) 819-8230

Attorneys for Plaintiff, Patrick Healy

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK HEALY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 5,<br><br>Defendants | Case No.: 20-CV-1838- CAB-MSB<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF ATTORNEY** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorneys hereby state their appearance as Co-Counsel for Plaintiff, PATRICK HEALY, individually and on behalf of all others similarly situated.

Babak Semnar, Esq. (SBN: 224890)
SEMNAR & HARTMAN, LLP
41707 Winchester Road, Suite 201
Temecula, California 92590
Telephone: (951) 293-4187
Facsimile: (888) 819-8230

1
**Notice**

Email: Bob@SanDiegoConsumerAttorneys.com

Respectfully submitted,

SEMNAR & HARTMAN, LLP

DATED: 9/29/2020

/s/ Babak Semnar
Babak Semnar, Esq.
Attorney for Plaintiff, PATRICK HEALY